| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

UNITED STATES OF AMERICA §
§
*versus* § CASE NO. 1:97-CR-157(5)
§
DEMETRICK LEON SMITH §

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration of the defendant's pro se letter notice challenging jurisdiction (#456). On August 13, 2020, Judge Giblin issued a Report and Recommendation (#458) in which he recommended that the Court deny the motion.

The defendant has not filed objections to the magistrate judge's findings and recommendation. The Court ORDERS that the report and recommendation(#458) is ADOPTED. Defendant's letter notice (#456), construed as a motion challenging jurisdiction, is DENIED.

SIGNED at Beaumont, Texas, this 9th day of September, 2020.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE